# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-09584-RGK-JC | Date | February 08, 2019 |
|---|---|---|---|
| Title | *Georgina Guinane v. Defy Media, LLC* | | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:

Not Present     Not Present

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause**

Plaintiff Georgina Guinane ("Plaintiff") filed a motion to extend deadline to seek default judgment against Defy Media, LLC ("Defendant") so that Plaintiff has time to seek an order certifying the putative class. The Court requires supplemental briefing as to why Plaintiff can file a motion for class certification before Defendant answers. Plaintiff has until February 14th, 2019 to submit supplemental briefing, no more than five (5) pages in length.

**IT IS SO ORDERED.**

: 

Initials of Preparer